Judge: Nachmanoff              **SENTENCING**              Date: 5/31/2022
Reporter: Diane Salters                                    Time: 1:57 p.m. to 2:21 p.m.
Interpreter: N/A

**Cr. #**    1:21-cr-162                AUSA:    Rachael   Tucker

**U.S. v.**  Kristofer D. Knickerbocker   Defense: Jeffrey  Zimmerman

Considering the factors under § 3553 the Court finds the following sentence is appropriate.

- Court adopts PSIR

**Sentence Imposed:**

<u>180</u>    Months imprisonment
       (<u>120 Months as to Count 1 and  60 months as to Count 4 to run consecutively</u>)

<u>5</u>      Years supervised release
       (<u>5 years as to Count 1 and 3 years as to Count 4 to run concurrently</u>)

**Conditions of Supervised Release/Probation:**
<u>x</u>    Substance abuse testing/treatment at direction of PO
___    Cooperate w/any orders/directives of the Bureau of Immigration and Customs Enforcement
___    Pay the restitution in monthly installments of $_____ to commence within 60 days after release from confinement.
___    No new credit
<u>x</u>    Allow PO access to financial info.
___    Serve a term of _____ months home confinement: (    ) with electronic monitoring
<u>x</u>    Mental health testing/treatment     (   ) with work release
___    Mandatory drug testing is waived
Other: _____

**Monetary penalties:**
$<u>200</u>    Assessment $<u>  0  </u>    Fine
$_____    Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.

**Recommendations to BOP:**
___    Court rec. that the dft be incarcerated in a facility where he/she can receive drug treatment.
✓     Court rec. that the dft be allowed to participate in RDAP
✓     Court rec. that the dft be incarcerated: <u>in a facility as close to home or Petersburg, Virginia</u>

Defendant: ✓      Remanded _____ To voluntarily surrender once space is available.